AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

|  |  |
|---|---|
| Fritz Ringling, derivatively on behalf of J2 Global, Inc. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Vivek Shah, et al. | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  1:21-cv-00421 UNA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephen Ross
as Officer and/or Director of J2 Global, Inc.
c/o Corporation Service Company
251 Little Falls Drive
Wilmington, DE  19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Blake A. Bennett, Esquire
Cooch and Taylor, P.A.
The Nemours Building
1007 N. Orange Street, Suite 1120
Wilmington, DE  19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

/s/ John A. Cerino

Date:        03/25/2021

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-CV-00421-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)*    STEPHEN ROSS as Officer and/or Director of J2 GLOBAL, INC.

was received by me on *(date)*    03/25/2021

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ , or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*   LYNANNE GARES (AUTHORIZED PERSON AT REGISTERED AGENT)  , who is

designated by law to accept service of process on behalf of *(name of organization)*  STEPHEN ROSS as Officer and/or Director of J2 GLOBAL, INC.

C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808    on *(date)*   03/25/2021

☐ I returned the summons unexecuted because _____ , or

☐ Other *(specify):*

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date:  03/25/2021

_____
*Server's signature*

KEVIN S. DUNN              PROCESS SERVER
_____
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360,
WILMINGTON, DE 19899
_____
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT WITH JURY DEMAND;
VERIFICATION;